IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAHMAL GREEN,<br><br>      Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA. | No. C16-0209-LRR<br>No. CR06-0053-LRR<br><br>ORDER |

This matter appears before the court on Jahmal Green's motion to vacate, set aside or correct sentence (civil docket no. 2). Jahmal Green ("the movant") filed such motion on December 20, 2016. The movant previously sought relief under 28 U.S.C. § 2255, and, before filing the instant action, the movant did not move the Eighth Circuit Court of Appeals for authorization allowing the court to file and consider a second 28 U.S.C. § 2255 motion. 28 U.S.C. § 2244(b)(3)(A) provides:

> Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application.

"This rule is absolute." *Boykin v. United States*, 2000 U.S. App. LEXIS 27076 at *1-3, 2000 WL 1610732 at *1 (8th Cir. 2000) (per curiam unpublished opinion) (vacating judgment regarding 28 U.S.C. § 2255 motion and remanding case to district court to dismiss for lack of jurisdiction). *Cf. Felker v. Turpin*, 518 U.S. 651, 662, 116 S. Ct. 2333, 135 L. Ed. 2d 827 (1996) (discussing 28 U.S.C. § 2244(b)); *Vancleave v. Norris*,

150 F.3d 926, 927-28 (8th Cir. 1998) (same). Accordingly, the movant's instant 28 U.S.C. § 2255 motion (civil docket no. 2) shall be dismissed. The movant's motion to proceed in forma pauperis (civil docket no. 1) shall be denied as moot.

**IT IS THEREFORE ORDERED**:

The movant's 28 U.S.C. § 2255 motion (civil docket no. 2) is DISMISSED.

The movant's motion to proceed in forma pauperis (civil docket no. 1) is DENIED AS MOOT.

**DATED** this 14th day of March, 2017.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA